1  CHARLES A. DANAHER (SBN 144604)
   cdanaher@mckennalong.com
2  MCKENNA LONG & ALDRIDGE LLP
   600 West Broadway, Suite 2600
3  San Diego, CA  92101
   Telephone:  (619) 236-1414
4
   THEONA ZHORDANIA (SBN 254428)
5  tzhordania@mckennalong.com
   MCKENNA LONG & ALDRIDGE LLP
6  300 S. Grand Ave., Suite 1400
   Los Angeles, CA 90071
7  Telephone:  (213) 688-1000

8  Attorneys for Defendant
   DOLE FRESH VEGETABLES, INC.
9
   JON A. TOSTRUD  (SBN 199502)
10 jtostrud@tostrudlaw.com
   TOSTRUD LAW GROUP, P.C.
11 1901 Avenue of the Stars, Suite 200
   Los Angeles, CA  90067
12 Telephone: (310) 278-2600

13 TODD S. GARBER, Admitted Pro Hac Vice
   tgarber@mpnsb.com
14 MEISELMAN, PACKMAN, NEALSON
   SCIALABBA AND BAKER P.C.
15 1311 Mamaroneck Avenue
   White Plains, NY  10605
16 Telephone: (914) 517-5000

17 Attorneys for Plaintiff, TRACI WALLERSTEIN

18              UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  TRACI WALLERSTEIN, on Behalf of Herself and All Other Similarly | Case No. C13-1284 YGR |
| 21  Situated, | **[CLASS ACTION]** |
| 22        Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING** |
| 23  v. | **SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF** |
| 24  DOLE FRESH VEGETABLES, INC., | **TRACI WALLERSTEIN'S FIRST AMENDED COMPLAINT OR, IN THE** |
| 25        Defendant. | **ALTERNATIVE, TO STRIKE PORTIONS THEREOF** |
| 26  | |
| 27  | Date:   October 15, 2013 Time:   2:00 p.m. |
| 28  | Crtrm.: 5 |

WHEREAS, on May 10, 2013, plaintiff Traci Wallerstein ("Plaintiff") filed her First Amended Complaint (the "FAC") against defendant Dole Fresh Vegetables, Inc. ("Dole");

WHEREAS, on June 11, 2013, Defendant filed a Motion to Dismiss Plaintiff Traci Wallerstein's First Amended Complaint or, in the Alternative, to Strike Portions Thereof;

WHEREAS, Plaintiff's opposition to the Motion to Dismiss is currently due on June 25, 2013;

WHEREAS, Dole's reply brief in support of its Motion to Dismiss is currently due on July 2, 2013;

WHEREAS, the hearing on the Motion to Dismiss is currently scheduled for October 15, 2013;

WHEREAS, the parties need additional time to prepare opposition and reply briefs;

WHEREAS, pursuant to Local Rule 6-2, the parties may request through stipulation, an order changing time that would not affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules;

WHEREAS, the parties have agreed that Plaintiff shall file her opposition to the Motion to Dismiss by no later than July 26, 2013;

WHEREAS, the parties have agreed that Dole shall file its reply brief in support of the Motion to Dismiss by no later than August 23, 2013;

WHEREAS, this stipulated briefing schedule is not being sought for purposes of delay, but rather so that this matter may be fairly and reasonably litigated and so that justice may be done;

WHEREAS, no prior extension concerning the Motion to Dismiss has been requested or obtained.

1   IT IS HEREBY STIPULATED between Plaintiff and Dole that:

2   Plaintiff shall file her opposition to the Motion to Dismiss by no later than July

3   26, 2013.

4   Dole shall file its reply brief in support of the Motion to Dismiss by no later than

5   August 23, 2013.

6   The October 15, 2013 hearing date on the Motion to Dismiss will remain

7   unchanged.

8   DATED: June 21. 2013          MCKENNA LONG & ALDRIDGE LLP

9

10                                By: /s/Theona Zhordania
                                     Charles A. Danaher
11                                   Theona Zhordania
                                     Attorneys for Defendant
12                                   DOLE FRESH VEGETABLES, INC.

13  DATED: June 21, 2013          MEISELMAN, PACKMAN, CARTON &
14                                NEALON. SCIALABBA & BAKER. P.C.

15

16                                By: /s/Todd S. Garber
                                     Todd S. Garber
17                                   Jeremiah Frei-Pearson
                                     Attorneys for Plaintiff
18                                   TRACI WALLERSTEIN, on Behalf of Herself
                                     and All Others Similarly Situated
19

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21  This Order terminates Dkt. No. 23.

22

23

24  Dated: June 20, 2013

25                                YVONNE GONZALEZ ROGERS
26                                UNITED STATES DISTRICT COURT JUDGE

27  US_WEST 803813765.1

28                                    2                Case No. C13-1284 YGR
                                         STIPULATION AND ~~PROPOSED~~ ORDER
                                         SETTING BRIEFING SCHEDULE